■ ROBERT PELLENZ et al., Appellants, v AFRIMET-INDUSSA, INC., Formerly AFRICAN METALS CORPORATION, et al., Defendants, and KENNAMETAL, INC., Respondent. (Appeal No. 2.)— Judgment unanimously reversed on the law and motion denied, with costs as provided in *Pellenz v General Elec. Co.* ([appeal No. 1] 144 AD2d 989 [decided herewith]). Same memorandum as in *Barrette v General Elec. Co.* ([appeal No. 1] 144 AD2d 983 [decided herewith]). (Appeal from judgment of Supreme Court, Onondaga County, Stone, J.—summary judgment.) Present—Dillon, P. J., Callahan, Doerr, Denman and Boomer, JJ.

■ ROBERT PELLENZ et al., Appellants, v AFRIMET-INDUSSA, INC., Formerly AFRICAN METALS CORPORATION, Respondent, et al., Defendants. (Appeal No. 3.)—Judgment unanimously reversed on the law and motion denied, with costs as provided in *Pellenz v General Elec. Co.* ([appeal No. 1] 144 AD2d 989 [decided herewith]). Same memorandum as in *Barrette v General Elec. Co.* ([appeal No. 1] 144 AD2d 983 [decided herewith]). (Appeal from judgment of Supreme Court, Onondaga County, Stone, J.—summary judgment.) Present—Dillon, P. J., Callahan, Doerr, Denman and Boomer, JJ.

■ ROBERT PELLENZ et al., Appellants, v AFRIMET-INDUSSA, INC., Formerly AFRICAN METALS CORPORATION, et al., Defendants, and SHERRITT GORDON MINES LIMITED, Respondent. (Appeal No. 4.)—Judgment unanimously reversed on the law and motion denied, with costs as provided in *Pellenz v General Elec. Co.* ([appeal No. 1] 144 AD2d 989 [decided herewith]). Same memorandum as in *Barrette v General Elec. Co.* ([appeal No. 1] 144 AD2d 983 [decided herewith]). (Appeal from judgment of Supreme Court, Onondaga County, Stone, J.—summary judgment.) Present—Dillon, P. J., Callahan, Doerr, Denman and Boomer, JJ.

■ GLORIA RACE et al., Appellants, v GENERAL ELECTRIC COMPANY et al., Respondents, et al., Defendants. (Appeal No. 1.)—Judgment unanimously reversed on the law and motion denied, with one bill of costs to be apportioned equally among the respondents in this appeal and in appeals Nos. 2, 3 and 4, decided herewith. Same memorandum as in *Barrette v General Elec. Co.* ([appeal No. 1] 144 AD2d 983 [decided herewith]). (Appeal from judgment of Supreme Court, Onondaga County, Stone, J.—summary judgment.) Present—Dillon, P. J., Callahan, Doerr, Denman and Boomer, JJ.

■ GLORIA RACE et al., Appellants, v AFRIMET-INDUSSA,